**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**ZACHERY W. HERRON**                                                                 **PLAINTIFF**

**v.**                             **Case No. 3:15-cv-00389 KGB**

**BURLINGTON NORTH &**
**SANTA FE RAILWAY CO.**                                                          **DEFENDANT**

## ORDER

Before the Court is the parties' stipulation of dismissal with prejudice (Dkt. No. 29). Pursuant to the stipulation, this action is dismissed with prejudice, with all parties to bear their own costs and fees. The Court denies the pending motion to compel as moot (Dkt. No. 26).

It is so ordered this 9th day of February, 2017.

_____
Kristine G. Baker
United States District Judge